IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JEFFREY A. MARTIN, JUANITA
FLEMING as Executrix of the Estate of
Arch Fleming, both individually and on
behalf of others similarly situated,

    Appellants,

v.	Appeal No. 12-1868

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign corporation;
and SHANNON CAZAD,

    Appellees.

## APPELLANTS' STATUS REPORT

COME NOW the Appellants Jeffrey A. Martin and Juanita Fleming, by counsel, pursuant to the Court's Order of August 13, 2012, and provide the following Status Report regarding this action.

At present, the Supreme Court of Appeals of West Virginia has before it the Certified Question in *Thomas v. McDermitt & State Farm,* Civil Action No. 11-C-81-N. Briefing with respect to the *Thomas* Certified Question has been completed. The Supreme Court has scheduled the Certified Question for Rule 20 argument on September 11, 2013. It is anticipated that the Supreme Court will act upon the Certified Question after the completion of the oral arguments.

Pursuant to the Court's August 13, 2012 Order, the Appellees will advise the Court as soon as the Supreme Court of Appeals of West Virginia has decided on the certified question.

JEFFREY A. MARTIN, JUANITA FLEMING as Executrix of the Estate of Arch Fleming,

By Counsel,

/s/ *Brent K. Kesner*

Brent K. Kesner (WVSB #2022)
email: bkesner@kkblaw.net
**Kesner & Kesner, PLLC**
112 Capitol Street
P.O. Box 2587
Charleston, West Virginia 25329
Phone: 304-345-5200 / Fax: 304-345-5265

Anthony J. Majestro (WVSB #5165)
email: amajestro@powellmajestro.com
**Powell & Majestro, PLLC**
405 Capitol Street, Suite 1200
Charleston, West Virginia 25301
Phone: 304-346-2889 / Fax: 304-346-2895

*Co-counsel for Appellants*

23103/807

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JEFFREY A. MARTIN, JUANITA
FLEMING as Executrix of the Estate of
Arch Fleming, both individually and on
behalf of others similarly situated,

        Appellants,

v.                                                  Appeal No. 12-1868

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign corporation;
and SHANNON CAZAD,

        Appellees.

## CERTIFICATE OF SERVICE

I, Brent K. Kesner, counsel for Appellants, hereby certifies that on September 6, 2013, I electronically filed the foregoing **APPELLANTS' STATUS REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

R. Carter Elkins, Esquire
Laura L. Gray, Esquire
**Campbell Woods, PLLC**
1002 Third Avenue
Post Office Box 1835
Huntington, WV 25719-1835
relkins@campbellwoods.com
lgray@campbellwoods.com

Todd A. Noteboom, Esquire
**Leonhard, Street and Deinard**
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
todd.noteboom@leonard.com

/s/ *Brent K. Kesner*

Brent K. Kesner (WVSB #2022)
email: bkesner@kkblaw.net
**Kesner & Kesner, PLLC**
112 Capitol Street
P.O. Box 2587
Charleston, West Virginia 25329
Phone: 304-345-5200 / Fax: 304-345-5265

23103/807