IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JEFFREY A. MARTIN, JUANITA
FLEMING as Executrix of the Estate of
Arch Fleming, both individually and on
behalf of others similarly situated,

        Appellants,

v.                                                          Appeal No. 12-1868

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign corporation;
and SHANNON CAZAD,

        Appellees.

## APPELLANTS' STATUS REPORT

      COME NOW the Appellants Jeffrey A. Martin and Juanita Fleming, by counsel, pursuant to the Court's Order of August 13, 2012, and provide the following Status Report regarding this action.

      Pursuant to the Court's August 13, 2012 Order, Appellants Jeffrey A. Martin and Juanita Fleming, Executrix for the Estate of Arch Fleming, report that the Supreme Court of Appeals of West Virginia answered the certified question in *Thomas v. McDermitt & State Farm Mutual Automobile Insurance Co.,* Civil Action No. 11-C-81-N, on October 7, 2013. A copy of the Supreme Court's decision on the Certified Question is attached as **Exhibit A**.

23103/814

                                                          **JEFFREY A. MARTIN, JUANITA FLEMING as Executrix of the Estate of Arch Fleming,**

                                                          By Counsel,

/s/ *Brent K. Kesner*

Brent K. Kesner (WVSB #2022)
email: bkesner@kkblaw.net
**Kesner & Kesner, PLLC**
112 Capitol Street
P.O. Box 2587
Charleston, West Virginia 25329
Phone: 304-345-5200 / Fax: 304-345-5265

Anthony J. Majestro (WVSB #5165)
email: amajestro@powellmajestro.com
**Powell & Majestro, PLLC**
405 Capitol Street, Suite 1200
Charleston, West Virginia 25301
Phone: 304-346-2889 / Fax: 304-346-2895

*Co-counsel for Appellants*

**23103/814**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JEFFREY A. MARTIN, JUANITA
FLEMING as Executrix of the Estate of
Arch Fleming, both individually and on
behalf of others similarly situated,

      Appellants,

v.                                                                    Appeal No.  12-1868

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign corporation;
and SHANNON CAZAD,

      Appellees.

## CERTIFICATE OF SERVICE

I, Brent K. Kesner, counsel for Appellants, hereby certifies that on October 9, 2013, I electronically filed the foregoing **APPELLANTS' STATUS REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| R. Carter Elkins, Esquire<br>Laura L. Gray, Esquire<br>**Campbell Woods, PLLC**<br>1002 Third Avenue<br>Post Office Box 1835<br>Huntington, WV 25719-1835<br>relkins@campbellwoods.com<br>lgray@campbellwoods.com | Todd A. Noteboom, Esquire<br>**Leonhard, Street and Deinard**<br>Professional Association<br>150 South Fifth Street, Suite 2300<br>Minneapolis, Minnesota 55402<br>todd.noteboom@leonard.com |

                                                                     /s/ *Brent K. Kesner*
                                                      Brent K. Kesner (WVSB #2022)
                                                      email: bkesner@kkblaw.net
                                                      **Kesner & Kesner, PLLC**
                                                      112 Capitol Street
                                                      P.O. Box 2587
                                                      Charleston, West Virginia 25329
                                                      Phone: 304-345-5200 / Fax: 304-345-5265

23103/814